# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | CASE NO.: 4:25-CR-00315 |
| SHAQUAN JELKS | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE ALFRED BENNETT:

COMES NOW, SHAQUAN JELKS, hereinafter referred to as Defendant, by and through his counsel of record, and files this Unopposed Motion for Continuance and would respectfully show unto the Court the following:

I.

Defendant is charged in a one defendant, eighteen (18) count indictment with various conspiracies to defraud/wire fraud, Wire Fraud, False Writings, Tampering with Witnesses, and Falsifications of Records in Federal Investigation. This case is currently set for a Pretrial Conference on November 6, 2025 and a trial date of November 10, 2025.

The Government has produced some discovery in this matter but there is additional discovery forthcoming. The discovery is expected to be extensive and voluminous. Counsel for Defendant has received a hard drive with the second round of discovery and further counsel has been informed that a third round of discovery is forthcoming. Counsel for defendant would need additional time to complete the review of discovery and investigation into this matter. Additionally, Counsel for Defendant was scheduled for a jury trial with Judge Jeffrey Brown in an eleven defendant RICO and VICAR trial that was set to begin on September 8, 2025. The scheduled trial resolved by re-arraignment on the trial date. Since then, counsel for Defendant has been diligently working his docket in an effort to catch up on other matters, including this case. Additionally, counsel for Defendant is set for a Murder trial on November 3, 2025, in the 122ND District Court, Galveston County, Texas. That case is preferentially set for trial.

1

Defendant Jelks moves this Court to reset the motions deadline, as well as the pre-trial conference, and the trial date for this matter. Counsel is requesting a continuance of at least 120 days. This motion is not sought for delay, but so that justice may be done.

Counsel for Defendant has conferred with the prosecutors on this matter and they are unopposed to this continuance.

WHEREFORE, PREMISES CONSIDERED, Defendant, SHAQUAN JELKS, prays for a continuance of this cause and that this motion be granted.

Respectfully submitted,

SEARS, BENNETT, & GERDES, LLP

*Joel H. Bennett*
Joel H. Bennett
Federal ID # 20649
SBOT # 00787069
17047 El Camino Real, Suite 120
Houston, Texas 77058
(281) 389-2118 – Telephone
(866) 817-5155 – Facsimile

ATTORNEY FOR SHAQUAN JELKS

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Unopposed Motion for Continuance has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties on this the 20TH day of October, 2025.

*Joel H. Bennett*
Joel H. Bennett

UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA            §

VS.                                 §           CASE NO.: 4:25-CR-00315

SHAQUAN JELKS                       §

**<u>ORDER ON UNOPPOSED JOINT MOTION FOR CONTINUANCE</u>**

      On this day, the Court considered Defendant's, SHAQUAN JELKS, Unopposed Motion for Continuance. After considering the motion, the court hereby:

_____ GRANTS the Motion for Continuance continues the motions deadline, pretrial conference, and the trial in this matter until _____; or

_____ DENIES the Motion for Continuance, to which Defendant excepts.


SIGNED: _____, 2025.

                                                 _____
                                                    JUDGE ALFRED BENNETT